No. 181, Misc. JOHNSON *v.* PENNSYLVANIA. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Turner* v. *Pennsylvania*, 338 U. S. 62. MR. JUSTICE REED and MR. JUSTICE JACKSON are of opinion that this Court should not reverse the highest court of a State without hearing and that the circumstances of this case differ from those of the

*Turner* case. *Milford J. Meyer* for petitioner. *Colbert C. McClain* and *John H. Maurer* for respondent.